JOHN M. O'ROURKE *et ux.*, appellants, *vs.* WILLIAM ELSBREE, *et als.*, Executors.

The assignee of a fractional part of a residuary interest under a will may appeal from a decree of a Probate Court affecting the testator's estate.

APPEAL from the Probate Court of Cranston. On motion to dismiss appeal.

Almoran Harris, of Cranston, by his will charged his realty with an annuity of $500 to Mrs. O'Rourke, his only child, and gave the rest of his estate to other persons, providing that the annuity should be forfeited if Mrs. O'Rourke contested the will. She did contest the will, and settled with the other parties in interest for three eighths of the estate left after payment of all debts. Thereupon the will was proved. When the executor's account was presented she objected to some charges as exorbitant, but the Court of Probate ruled that she was not a party interested, and allowed the account, from which allowance she appealed to this court. In these circumstances the appellees moved to dismiss the appeal, as taken by one not "aggrieved," under the statute. Gen. Stat. R. I. cap. 170, § 1.

*February* 3, 1877. PER CURIAM. Our statute, Gen. Stat. R. I. cap. 170, § 1, provides that "any person aggrieved by any order, determination, or decree of any Court of Probate, may, unless provision be made to the contrary, appeal therefrom to the Supreme Court." This provision was construed in *Yeaw* v. *Searle et al.* 2 R. I. 164, and in that case it was held, that the assignee of the interest of a residuary devisee under a will has a right to petition the Court of Probate to remove the executor, and if aggrieved by the decree of the court, to appeal therefrom. In that case, the entire residuary interest was assigned. In the case at bar, less than the entire residuary interest was assigned. We do not think this is a material distinction. The statute extends to *any person* aggrieved. If the assignee of an entire interest is aggrieved, so also is the assignee of a fractional interest, to the extent of the part assigned to him. The motion to dismiss is overruled.                              *Motion refused.*

*L. & C. M. Salisbury* and *Francis W. Miner*, for appellants.
*George H. Browne*, for appellees.